07wf17010a-Ord(Pretrial Motions).wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT JOWERS, et al.,** : | |
| : | **Case No. 07-WF-17010** |
| **Plaintiffs,** : | **(a/k/a Case No. 06-CV-01187 (S.D. Miss.))** |
| : | |
| v. : | **JUDGE O'MALLEY** |
| : | |
| **LINCOLN ELECTRIC CO., et al.,** : | **MEMORANDUM AND ORDER** |
| : | |
| **Defendants** : | |

On January 23-24, 2008, the Court held hearings on the record on the pretrial motions filed in this case, and entered rulings on those motions. This Order documents those rulings, *solely* for the purpose of ensuring the docket no longer shows the motions as pending. For the reasons and to the extent stated on the record, and with the conditions and caveats there explained, the Court ruled as follows:[1]

Dkt. 99　　　Defendants' Motion in Limine to Exclude Testimony of Charles Ruth is **denied without prejudice**.

Dkt. 189　　Defendants' Motion to Exclude Longo's Testimony is **denied as moot**.

Dkt. 190　　Defendants' Motion to Exclude Testimony of Various Experts is **granted in part**.

Dkt. 226　　Defendants' Motion to Exclude Testimony of David Owens is **granted in part as unopposed**.

Dkt. 260　　Defendants' Motion to Exclude Evidence of Earlier Opposition to Court-Ordered Epi-

---

[1] All denials of motions regarding admissibility of testimony are without prejudice to the parties' right to raise appropriate objections at trial and on appeal. This Order merely documents the Court's rulings in highly simplified fashion; the full contours of the Court's rulings were set out on the record during the hearing, and during previous hearings in this MDL.

| | |
|---|---|
| | Study is **granted as unopposed**. |
| Dkt. 261 | Defendants' Motion to Exclude Evidence of Warnings Used after Jowers' Last Exposure is **granted without prejudice**. |
| Dkt. 262 | Defendants' Motion to Exclude Evidence of Prior Court Orders is **granted as unopposed.** |
| Dkt. 263 | Defendants' Motion to Exclude References to Tobacco and Asbestos Industries is **granted in part**. |
| Dkt. 264 | Defendants' Motion to Exclude Evidence of Settlement of other WF Claims is **granted as unopposed**. |
| Dkt. 265 | Defendants' Motion to Exclude Reference to Companies not involved in *Jowers* is **denied**. |
| Dkt. 266 | Defendants' Motion to Exclude Evidence of Denials of Requests for Admission is **granted as unopposed**. |
| Dkt. 267 | Defendants' Motion to Exclude Plaintiffs' Animations is **granted in part**. |
| Dkt. 268 | Defendants' Motion to Exclude References to Hardsurfacing is **denied**. |
| Dkt. 270 | Defendants' Motion to Exclude Evidence of Lobbying Activity is **granted in part and denied in part**. |
| Dkt. 272 | Defendants' Motion to Exclude Testimony from Richard LaFave re: AWS Conspiracy is **denied**. |
| Dkt. 273 | Defendants' Motion for Jury View of Ingalls Shipyard, or to allow Photos/Video of Ingalls Shipyard is **denied**. |
| Dkt. 274 | Defendants' Motion to Exclude Evidence of "Other Claims," including *Tamraz* verdict is **granted in part and denied in part**. |
| Dkt. 278 | Defendants' Motion to Exclude Evidence of Jowers' 2003 Serum Manganese Testis **denied**. |
| Dkt. 279 | Defendants' Motion to Exclude Evidence of David Jowers & Shanell Foster's Medical Conditions is **granted as unopposed**. |
| Dkt. 280 | Defendants' Motion to Exclude Testimony of David Burns is **granted in part and denied in part**. |
| Dkt. 281 | Defendants' Motion to Exclude Testimony of Robert Cunitz is **granted in part and denied** |

**in part**.

| | |
|---|---|
| Dkt. 282 | Defendants' Motion to Exclude Evidence Unrelated to Failure to Warn Claims is **denied**. |
| Dkt. 283 | Defendants' Motion to Exclude Testimony of Tom Christiansen is **denied**. |

---

| | |
|---|---|
| Dkt. 242 | Jowers' Motion to Exclude Testimony of Experts Thomas & Schimmel is **denied as moot**. |
| Dkt. 243 | Jowers' Motion to Exclude Evidence of Family Member's Health Conditions is **granted as unopposed**. |
| Dkt. 244 | Jowers' Motion to Exclude Evidence re: Follow-Up Rule 35 Physical Exam is **denied in part.** |
| Dkt. 246 | Jowers' Motion to Exclude Evidence of Kahane's Wife is **granted as unopposed**. |
| Dkt. 247 | Jowers' Motion to Exclude Evidence of Lawyer Advertising is **granted as unopposed**. |
| Dkt. 248 | Jowers' "General" Omnibus Motion in limine is **granted in part and denied in part**. |
| Dkt. 249 | Jowers' Motion to Exclude Evidence of "Other Causes" of his Parkinsonism is **granted in part and denied in part**. |
| Dkt. 250 | Jowers' Motion to Exclude Evidence of Child Support Litigation is **granted as unopposed**. |
| Dkt. 251 | Jowers' Motion to Exclude Evidence of Criminal Record / Driving Record is **granted as unopposed**. |
| Dkt. 252 | Jowers' Motion to Exclude Evidence of Ethnic Slur is **granted as unopposed**. |
| Dkt. 253 | Jowers' Motion to Exclude Evidence of Screenings & Accelerometry is **granted as unopposed**. |
| Dkt. 254 | Jowers' Motion to Exclude Evidence of Danish & Swedish Studies is **denied**. |
| Dkt. 255 | Jowers' Motion to Exclude Evidence of Lack of PET Scan is **denied**. |

Dkt. 331	Jowers' Motion to Exclude Certain Testimony by Dr. Brent Furbee is **granted**.

**IT IS SO ORDERED.**

/s/ Kathleen M. O'Malley  
**KATHLEEN McDONALD O'MALLEY**  
**UNITED STATES DISTRICT JUDGE**

**DATED**: January 28, 2008